Law Office of Adam Pennella
Adam Pennella, State Bar No. 246260
717 Washington Street
Oakland, CA 94607
Phone (510) 451-4600
Fax (510) 451-3002

Counsel for Defendant
SAMUEL VALENCIA-GONZALEZ

UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 23-0081 JST (DMR) |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE BOND HEARING |
| vs. | |
| SAMUEL VALENCIA-GONZALEZ, | Honorable Donna M. Ryu |
| Defendants | |

The defendant, Samuel Valencia-Gonzalez, currently has a bond hearing set for May 3, 2024. Undersigned defense counsel has a conflict on that date.[1] As a result, the parties request the bond hearing be reset for Monday, May 6, 2024 at 10:30 a.m.

//

---

[1] Undersigned defense counsel was recently infected with Covid, which required rescheduling several matters, including a motion hearing that was set on 4/5/24 in a 4-defendant murder case in Oakland. The motion hearing in that matter was reset to the morning of 5/3/24, as that was the only date that generally worked for other counsel and the court.

STIPULATION AND ORDER                                                                                                   1

**SO STIPULATED.**

Dated: April 9, 2024

    /s/
BENJAMIN KLEINMAN
Assistant United States Attorney

Dated: April 9, 2024

    /s/
ADAM PENNELLA
Counsel for Defendant SAMUEL VALENCIA-GONZALEZ

**SO ORDERED.**

Dated: April 10, 2024

IT IS SO ORDERED
Judge Donna M. Ryu

Honorable DONNA M. RYU
Chief Magistrate Judge
Northern District of California